Christopher Van Gundy, Bar No. 152359
vangundy@khlaw.com
Arthur S. Garrett, III
garrett@khlaw.com
*Pro hac vice application pending*
**KELLER AND HECKMAN, LLP**
Three Embarcadero Center, Suite 1420
San Francisco, CA 94111
Telephone: 415 948 2831

Attorneys for Authentic Alaska, LLC
(dba) Dear North

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Authentic Alaska, LLC (dba) Dear North,<br><br>　　Plaintiff,<br><br>vs.<br><br>Assemblers, Inc., Assemblers Food Packaging LLC, and Does 1-20<br><br>　　Defendants | Case No. 3:17-cv-05675-RS<br><br>[~~PROPOSED~~] **ORDER RE CONSOLIDATION OF MOTION HEARING AND CASE MANAGEMENT CONFERENCE** |

　　WHEREAS, there is presently scheduled in this action an initial Case Management Conference for January 4, 2018 at 10:00 a.m. in Courtroom 3, 17th Floor, 450 Golden Gate Avenue, San Francisco, California, 94012, in the United States District Court for the Northern District of California;

　　WHEREAS, Assemblers, Inc. and Assemblers Food Packaging LLC ("Defendants") have brought a Motion to Dismiss or Alternatively, Transfer, Based on Lack of Personal Jurisdiction and Improper Venue ("Motion"), which is presently scheduled to be heard on January 11, 2018 at 1:30 p.m. in Courtroom 3, 17th Floor, 450 Golden Gate Avenue, San Francisco, California, 94102, in the United States District Court for the Northern District of California;

WHEREAS, Plaintiff Authentic Alaska, LLC dba Dear North and the Defendants have stipulated to continue the Case Management Conference to the same date and time as the hearing on the Motion, to January 11, 2018 at 1:30 p.m. in this Court; and

WHEREAS, the Court hereby finds good cause to grant the requested Stipulation.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT**:

The Case Management Conference is HEREBY CONTINUED to the same date and time as the hearing on the Motion, on January 11, 2018 at 1:30 p.m. in Courtroom 3, 17th Floor, 450 Golden Gate Avenue, San Francisco, California, 94102, in the United States District Court for the Northern District of California.

**IT IS HEREBY FURTHER ORDERED THAT:**

As a result of the continuance of the Case Management Conference date in this matter, corresponding case management dates are likewise continued to the following dates:

December 21, 2018: Last day for parties to meet and confer in advance of the Case Management Conference;

January 4, 2018: Joint Case Management Conference Statement due; and

January 4, 2018: Initial Disclosures due.

IT IS SO ORDERED.

Dated: 12/5/17

Richard Seeborg
United States District Court Judge

4838-7413-6151, v. 1